UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NONJUDICIAL FORFEITURE PROCEEDING | ) ) ) ) | MBD No. 16-mc-91318-FDS |

**ORDER EXTENDING THE TIME**
**TO FILE CIVIL FORFEITURE COMPLAINT**

WHEREAS, Jose Villanueva-Baez, and Nora Baez (the "Claimants") have filed a claim to the following property in a nonjudicial civil forfeiture proceeding with the United States Drug Enforcement Administration ("DEA"):

a. $40,390 in United States currency seized on or about April 29, 2016 in Lawrence, Massachusetts (the "Currency");

WHEREAS, the United States and Gregg S. Taravan, Esquire, as counsel for the Claimants (collectively, the "Parties"), previously agreed, as provided in 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Currency alleging the Currency is subject to forfeiture;

WHEREAS, the Parties have jointly moved for a further extension of time in which the United States is required to file a complaint for forfeiture against the Currency alleging the Currency is subject to forfeiture;

WHEREAS, the United States, having represented to the Court that the DEA sent notice of its intent to forfeit the Currency as required by 18 U.S.C. § 983(a)(1)(A), that no other person has filed a claim to the Currency as required by law in the nonjudicial civil forfeiture proceedings, and that the time within which to file such claims has expired; and

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in

which the United States is required to file a complaint for forfeiture against the Currency alleging that the Currency is subject to forfeiture based upon agreement of the Parties or for good cause shown;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Currency alleging that the Currency is subject to forfeiture is extended to January 31, 2017.

Date: 12/14/2016

/s/ F. Dennis Saylor
F. DENNIS SAYLOR, IV
United States District Judge